USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1869 UNITED STATES, Appellee, v. ARTHUR J. ALBANESE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Robert G. Levitt on brief for appellant. ________________ Sheldon Whitehouse, United States Attorney, and Margaret E. ___________________ ____________ Curran, Assistant United States Attorney, on brief for appellee. ______ ____________________ December 10, 1997 ____________________ Per Curiam. Upon careful review, we find no merit in __________ any of defendant's counseled or pro se arguments. As the district court concluded, there were no grounds for resentencing defendant under 18 U.S.C. 3582(c)(2). Defendant's 10-year mandatory minimum sentence under 21 U.S.C. 841(b)(1)(B) was proper considering the entire 8.98 grams of the cocaine base mixture in his possession, whether that mixture was "cut or uncut, pure or impure." Chapman v. _______ United States, 500 U.S. 453, 461 (1991). The amended ______________ commentary to U.S.S.G. 2D1.1 made no difference here.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-